RECEIPT #_____
AMOUNT $ _2̶5̶0̶
SUMMONS ISSUED _M̶M̶_
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK._____
DATE____9̶-̶1̶3̶-̶6̶Y̶

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KRISTEN LANDESS, individually and as ADMINISTRATRIX of the ESTATE of CAITLIN LANDESS, Plaintiff  v.  AMERICAN HONDA MOTOR CO., INC., HONDA MOTOR CO., LTD., HONDA R & D AMERICAS, INC., HONDA OF AMERICA MANUFACTURING, INC., HONDA NORTH AMERICA, INC., ABC DISTRIBUTOR Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**05 CA 11847 REK**

MAGISTRATE JUDGE *Collings*

## NOTICE OF REMOVAL

**TO:    THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Defendant American Honda Motor Co., Inc., ("AHM") files this Notice of Removal of the above-captioned action from Middlesex Superior Court, Middlesex County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. In support of its Notice of Removal, AHM states the following:

1. As it appears from Civil Action No. 05-2604 on file in the Middlesex Superior Court, Plaintiff filed a Complaint on or about July 15, 2005. A copy of the Complaint (with Civil Action Cover Sheet) is attached hereto as Exhibit 1.

2. The defendant's attorney was provided a courtesy copy of the Complaint and Civil Action Cover Sheet in this action on or about August 15, 2005.

3. AHM was not formally served with a summons to the complaint but they accepted service of the complaint on September 12, 2005. None of the other defendants have been formally served with the Complaint.

4. According to the Complaint, this is a wrongful death case in which the plaintiff's estate claims the wrongful death of a minor child during the operation of an all terrain cycle designed by the defendants.

5. The amount in controversy, exclusive of interest and costs, exceeds $75, 000.00.

6. The plaintiff Kristen Landess is a resident of Hudson, Massachusetts.

7. The minor decedent, Caitlin Landess, was a resident of Franklin, Massachusetts. Therefore, the estate of Caitlin Landess is a resident of Massachusetts pursuant to 28 U.S.C. § 1332(c)(2).

8. American Honda Motor Co., Inc. is a California corporation with its principal place of business in California.

9. Honda Motor Co., Ltd. is a Japanese corporation with its principal place of business in Japan.

10. Honda R & D Americas, Inc. is a California corporation with its principal place of business in California.

11. Honda of America Manufacturing, Inc. is an Ohio corporation with a principal place of business in Ohio.

12. Honda North America, Inc. is a California corporation with a principal place of business in California.

13. Plaintiff has agreed to dismiss the other defendant Honda entities without prejudice.

14. Further, AHM has consulted with the other named defendants and they consent to the removal.

15. Defendant ABC Distributor has only been identified as the merchant or merchants who distributed and sold the ATC and/or its tires and has only been given a fictitious name. Pursuant to 28 U.S.C. § 1441(a), for purposes of removal, the citizenship of a defendant sued under a fictitious name shall be disregarded.

16. Jurisdiction is founded on diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332. The amount in controversy, given that this is a wrongful death case with medical expenses of $42,842.50, exceeds $75,000.00. Ms. Landess is also seeking damages for loss of consortium.

17. This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b).

18. A stamped copy of this Notice of Removal will be filed with Middlesex Superior Court, Middlesex County, Commonwealth of Massachusetts, and served on counsel of record for the plaintiff pursuant to 28 U.S.C.§ 1446(d). A copy of the Notice of Removal to Middlesex Superior Court (without attachments) to be filed and served is attached as Exhibit 2.

WHEREFORE, AHM prays for removal of the above-captioned matter from the Middlesex Superior Court, Middlesex County, Commonwealth of Massachusetts, to the United States District Court of Massachusetts.

**AMERICAN HONDA MOTOR CO., INC.,**
**By their Attorneys,**

James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on September $13$, 2005, a true copy of the above document was served upon plaintiff's counsel by First Class Mail.

Adam A. Larson

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                          SUPERIOR COURT DEPARTMENT
                                        CIVIL ACTION NO. 05-2604

KRISTIN LANDESS, individually and
as ADMINSTRATRIX of the ESTATE
of CAITLIN LANDESS,
        Plaintiff,
v.

AMERICAN HONDA MOTOR CO., INC.,
HONDA MOTOR CO., LTD.,
HONDA R & D AMERICAS, INC.,
HONDA OF AMERICA MANUFACTURING, INC.,
HONDA NORTH AMERICA, INC., and
ABC DISTRIBUTOR,
        Defendants.

## COMPLAINT AND JURY CLAIM

## PARTIES

1.      Plaintiff Kristin Landess lives and resides in Hudson, Middlesex

County, Massachusetts and she is the Adminstratrix of the estate of her 13-year-

old daughter, Caitlin Landess, who died on September 1, 2002. Plaintiff brings

this action individually and on behalf of the Estate of Caitlin Landess for the

benefit of Caitlin Landess' next of kin pursuant to G.L. c. 229, § 2, the Wrongful

Death Statute.

2.      Defendant American Honda Motor Co., Inc., a California

corporation with a customary principal place of business at 1919 Torrance

Boulevard, Torrance, Los Angeles County, California, and with a registered

agent for service of process located at CT Corporation Systems, 101 Federal

Street, Boston, Suffolk County, Massachusetts, is a subsidiary of Defendant

Honda Motor Co., Ltd. and the parent company of Defendant Honda R & D

parent company of Defendant Honda R & D Americas, Inc., all of which designed, manufactured and distributed a red, three-wheeled 1985 Honda SX all-terrain cycle, ATV registration SM413SP, VIN JH3TE0423FM053595 (the "ATC").

3.     Defendant Honda Motor Co., Ltd. is a foreign corporation with a customary and principal place of business at 2-1-1 Minami-Aoyama, Minato-ku, Tokyo, 107-8556, Japan, and it is the parent corporation of Defendants American Honda Motor Co., Inc., Honda of America Manufacturing, Inc. and Defendant Honda North America, Inc., all of which designed, manufactured and distributed the ATC.

4.     Defendant Honda R & D Americas, Inc. is a California corporation with a customary and principal place of business at 1900 Harpers Way, Torrance, Los Angeles County, California, and with a registered agent for service of process located at CT Corporation Systems, 101 Federal Street, Boston, Suffolk County, Massachusetts.  Honda R & D Americas, Inc. is a subsidiary of Defendant American Honda Motor Co, Inc., all of which designed, manufactured and distributed the ATC.

5.     Defendant Honda of America Manufacturing, Inc. is an Ohio corporation with a customary principal place of business at 2400 Honda Parkway, Marysville, Union County, Ohio, and it is a subsidiary of Defendant Honda Motor Co., Ltd., both of which designed, manufactured and distributed the ATC.

2

6.     Defendant Honda North America, Inc. is a California corporation with a customary and principal place of business at 700 Van Ness Avenue, Torrance, Los Angeles County, California. Defendant Honda North America, Inc. is a subsidiary of Defendant Honda Motor Co., Ltd. both of which designed, manufactured and distributed the ATC.

7.     Defendant ABC Distributor is the merchant or merchants who distributed and sold the ATC and/or its tires.

## FACTUAL ALLEGATIONS

8.     On or about September 1, 2002, Joshua Bennett, of 106 Populatic Road, Franklin, Norfolk County, Massachusetts, was operating the aforementioned ATC near his residence, and thirteen year-old Caitlin Landess was a passenger at that time on the aforementioned ATC.

9.     During Joshua Bennett's operation of the ATC, Caitlin Landess' left leg became caught in the ATC's rear left tire, which caused her to be thrown from the ATC.

10.    As a result, Caitlin Landess suffered fatal injuries.

11.    The ATC was designed such that Caitlin Landess had no place to put her legs safely during the operation of the ATC, which caused her left leg to be caught by the ATC's rear left tire, which caused her to be pulled off the ATC.

3

**COUNT I**
**(NEGLIGENCE)**
**Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd.,**
**Honda R & D Americas, Inc., Honda of America Manufacturing, Inc.,**
**and Honda North America, Inc.**

12.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 11 hereof.

13.    Defendants were negligent and careless with regard to their design, manufacture, sale, distribution and marketing of the ATC to the public and, in particular, to Caitlin Landess, Joshua Bennett and his family.

14.    As a result of said negligence and carelessness, Caitlin Landess was thrown from the ATC and was caused to suffer a catastrophic and fatal brain injury, physical and emotional pain, conscious pain and suffering and her death.

15.    This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services, care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

**COUNT II**
**(BREACH OF WARRANTY)**
**Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd.,**
**Honda R & D Americas, Inc., Honda of America Manufacturing, Inc.,**
**and Honda North America, Inc.**

16.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 15 hereof.

4

17.    Defendants breached their express and implied warranties of fitness for a particular purpose, merchantability and safety as described above and caused Caitlin Landess to suffer a catastrophic and fatal brain injury, physical and emotional pain and her death.

18.    This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services, care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

### COUNT III
### (PUNITIVE DAMAGES)
**Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd., Honda R & D Americas, Inc., Honda of America Manufacturing, Inc., and Honda North America, Inc.**

19.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 18 hereof.

20.    Defendants acted and conducted themselves in regard to these matters with gross negligence and/or did so willfully, wantonly and recklessly in disregard of their duty to Caitlin Landess.

21.    As a result, Caitlin Landess suffered greatly within the meaning of the Wrongful Death Statute and Plaintiffs are entitled to actual, consequential and also punitive damages from Defendants.

## COUNT IV
### (LOSS OF CONSORTIUM)
**Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd., Honda R & D Americas, Inc., Honda of America Manufacturing, Inc., and Honda North America, Inc.**

22.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 21 hereof.

23.    This count seeks damages for Plaintiff Kristin Landess, Individually, for her loss of consortium of her minor, dependent child, Caitlin Landess, pursuant to G.L. c. 231, § 85X.

## COUNT V
### (NEGLIGENCE)
**Against Defendant ABC Distributor**

24.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 23 hereof.

25.    Defendant was negligent and careless with regard to its distribution and sale of the ATC and/or its tires to the public and, in particular, to Caitlin Landess.

26.    As a result of said negligence and carelessness, Caitlin Landess was thrown from the ATC and was caused to suffer a catastrophic and fatal brain injury, physical and emotional pain, conscious pain and suffering and her death.

27.    This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services,

care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

### COUNT VI
### (BREACH OF WARRANTY)
### Against Defendant ABC Distributor

28.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 27 hereof.

29.    Defendant breached its express and implied warranties of fitness for a particular purpose, merchantability and safety as described above and caused Caitlin Landess to suffer a catastrophic and fatal brain injury, physical and emotional pain, conscious pain and suffering and her death.

30.    This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services, care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

### COUNT VII
### (PUNITIVE DAMAGES)
### Against Defendant ABC Distributor

31.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 30 hereof.

32.    Defendant acted and conducted itself in regard to these matters with gross negligence and/or did so willfully, wantonly and recklessly in disregard of their duty to Caitlin Landess.

33.    As a result, Caitlin Landess suffered greatly within the meaning of the Wrongful Death Statute and Plaintiffs are entitled to actual, consequential and also punitive damages from Defendant.

## COUNT VIII
### (LOSS OF CONSORTIUM)
### Against Defendant ABC Distributor

34.    Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 33 hereof.

35.    This count seeks damages for Plaintiff Kristin Landess, Individually, for her loss of consortium of her minor, dependent child, Caitlin Landess, pursuant to G.L. c. 231, § 85X.

WHEREFORE, Plaintiffs demand judgment against Defendants for all such amounts as to which the court deems Plaintiffs entitled, including actual and consequential damages, punitive damages and attorneys' fees, together with interest and costs.

### JURY CLAIM

Plaintiffs demand a trial by jury with regard to this matter.

Respectfully submitted,
Kristin Landess, Individually and
as Administratrix of the
Estate of Caitlin Landess
By her attorney,

Robert H. Flynn (BBO #172900)
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA 02481
(781) 239-1005

Dated:  July 15, 2005
Q:\EstateLandess0.2214\Pleadings\cmplt honda rev.doc

8

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: MIDDLESEX |
|---|---|---|

PLAINTIFF(S)
KRISTIN LANDESS, individually and as
ADMINISTRATRIX of CAITLIN LANDESS

DEFENDANT(S) AMERICAN HONDA MOTOR CO., IN
HONDA MOTOR CO., LTD., HONDA R & D,
HONDA OF AMERICA MFG., et al.

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
Robert H. Flynn, Flynn Law Firm, P.C.
27 Mica Lane, Wellesley, MA 02481
Board of Bar Overseers number: #172900   (781) 239-1005

ATTORNEY (If known)

## Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (Aft trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B08 | Wrongful Death | ( A ) | ( X ) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determin
money damages. For this form, disregard double or treble damage claims; indicate single damages onl

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................... $42,842.5
2. Total Doctor expenses .................................................... $..........
3. Total chiropractic expenses .............................................. $..........
4. Total physical therapy expenses ......................................... $..........
5. Total other expenses (describe) Funeral and burial ...................... $..........
                                                              Subtotal $..........
B. Documented lost wages and compensation to date ......................... $..........
C. Documented property damages to date .................................... $..........
D. Reasonably anticipated future medical and hospital expenses ............. $..........
E. Reasonably anticipated lost wages ...................................... $..........
F. Other documented items of damages (describe)
   G.L. c. 229, s. 1, 2 wrongful death, punitive damages,              $..........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   Wrongful death of minor child during operation of
   Defendants' defectively designed all-terrain cycle
                                                              $..........
                                                              TOTAL $..........

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Breach of express and implied warranties of fitness
for a particular purpose, merchantability and safety,
resulting in death of minor child
                                                              TOTAL $..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR
COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on
Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute
resolution services and discuss with them the advantages and disadvantages of the various methods."
                                                                      7/15/05
Signature of Attorney of Record _____   DATE: _____

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

## COMMONWEALTH OF MASSACHUSETTS

**MIDDLESEX, ss.**
**DEPARTMENT OF THE TRIAL COURT**

**SUPERIOR COURT**
**C.A. NO. 05-2604**

```
                                         )
KRISTEN LANDESS, individually and        )
as ADMINISTRATRIX of the ESTATE          )
of CAITLIN LANDESS,                       )
            Plaintiff                      )
                                          )
v.                                        )
                                          )
AMERICAN HONDA MOTOR CO.,                 )
      INC.,                               )
HONDA MOTOR CO., LTD.,                     )
HONDA R & D AMERICAS, INC.,               )
HONDA OF AMERICA                          )
      MANUFACTURING, INC.,                )
HONDA NORTH AMERICA, INC.,                )
ABC DISTRIBUTOR                           )
            Defendants.                    )
                                          )
```

## NOTICE OF REMOVAL

TO:    Middlesex County Superior Court          Robert H. Flynn, Esq.
       Civil Clerk's Office                     Flynn Law Firm, P.C.
       40 Thorndike Street                      27 Mica Lane
       Cambridge, MA 02141                      Wellesley, MA 02481

PLEASE TAKE NOTICE, that the defendant, American Honda Motor Co., Inc. a

California corporation with its principal place of business in California, has this day filed

a Notice of Removal pursuant to 28 U.S.C. § 1332, containing a statement of facts which

entitles them to remove the case to the United States District Court for the District of

Massachusetts, together with a copy of all the pleadings in their possession.

**AMERICAN HONDA MOTOR CO., INC.,**

**By their Attorneys,**

James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

    I, Adam A. Larson, hereby certify that on September _13_, 2005, a true copy of the above document was served upon plaintiff's counsel by First Class Mail.

Adam A. Larson

2

JS 44 (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

Kristen Landess

### DEFENDANTS

American Honda Motor Co., Inc., Honda Motor Co., Ltd., Honda R&D Americas, Inc., Honda of America Manufacturing, Inc., Honda

**(b)** County of Residence of First Listed Plaintiff   Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   California
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**0 5 CA 11847 REK**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert H. Flynn, Flynn, Flynn Law Firm, PC, 27 Mica Lane, Wellesley, MA 02481

Attorneys (If Known)   for AHM

James M. Campbell and Adam A. Larson, Campbell Campbell Edwards & Conroy, 1 Constitution Plz, Boston, MA 02129

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                         and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332 ; 28 USC Section 1441

Brief description of cause:
Personal Injury case resulting in wrongful death due to alleged negligence of dfndts.

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 09/06/2005

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Kristen Landess v. American Honda Motor Co., Inc., et al._

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   ☑ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.          **0 5  CA  11 847 REK**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   _N/A_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _Adam A. Larson, Esq._

ADDRESS _Campbell Campbell Edwards & Conroy P.C. 1 Constitution Plz., Boston, MA 02129_

TELEPHONE NO. _617-241-3000_

(Coversheetlocal.wpd - 10/17/02)

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

**ADAM A. LARSON**
**(617) 241 3036**
**alarson@campbell-trial-lawyers.com**

September 13, 2005

VIA HAND DELIVERY

Civil Clerk's Office
United States District Court
John Joseph Moakley US Courthouse
One Courthouse Way – Suite 2300
Boston, MA 02210

# 05 CA 11847 REK

Re:     Kristen Landess v. American Honda Motor Co., Inc., et al.

Dear Sir/Madam:

Enclosed with regard to the above-referenced matter, please find the following:

1.     Notice of Removal to United States District Court;

2.     Civil Cover Sheet and Category Sheet;

3.     Check in the amount of $250.00 representing the filing fee;

4.     Notice of Appearance; and

5.     Corporate Disclosure Statement Pursuant to Local Rule 7.3(A).

Please also notice that I have provided two (2) copies of the Notice of Removal so that stamped copies of this Notice of Removal may be filed with the Middlesex County Superior Court and plaintiff's counsel. Thank you for your attention to this matter.

Very truly yours,

Adam A. Larson

AAL/bko
Enclosures
cc:     Robert H. Flynn, Esquire
        James M. Campbell, Esquire

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND

RECYCLED

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
BOSTON, MASSACHUSETTS 02129

CAMPBELL
TRIAL LAWYERS

7017   611

No.   104825

Citizens Bank
Massachusetts

VOID AFTER 60 DAYS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 9/6/2005 | 104825 | 250.00 |

Two Hundred Fifty & No/100 Dollars

PAY
TO THE
ORDER OF   United States District Court
One Courthouse Way Suite 2300
Boston MA 02210

05 CA 11847 REK

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

OPERATING ACCOUNT

BY

⑂104825⑂  ⑂211070175⑂  1107443528⑂

RECYCLED

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KRISTEN LANDESS, individually and**<br>**as ADMINISTRATRIX of the ESTATE**<br>**of CAITLIN LANDESS,**<br>       **Plaintiff,**<br><br>**v.**<br><br>**AMERICAN HONDA MOTOR CO.,**<br>**INC., HONDA MOTOR CO., LTD.,**<br>**HONDA R & D AMERICAS, INC.,**<br>**HONDA OF AMERICA**<br>**MANUFACTURING, INC.,**<br>**HONDA NORTH AMERICA, INC.,**<br>**ABC DISTRIBUTOR**<br>       **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell and Adam A. Larson of Campbell Campbell

Edwards & Conroy, P.C. as counsel for the defendants American Honda Motor Co., Inc.

**AMERICAN HONDA MOTOR CO., INC.,**

**By their Attorneys,**

James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on September 13, 2005, a true copy of the above document
was served upon plaintiff's counsel via first-class mail, postage prepaid.

Adam A. Larson



## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KRISTEN LANDESS, individually and** | ) |
| **as ADMINISTRATRIX of the ESTATE** | ) |
| **of CAITLIN LANDESS,** | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **AMERICAN HONDA MOTOR CO.,** | ) |
| **INC., HONDA MOTOR CO., LTD.,** | ) |
| **HONDA R & D AMERICAS, INC.,** | ) |
| **HONDA OF AMERICA** | ) |
| **MANUFACTURING, INC.,** | ) |
| **HONDA NORTH AMERICA, INC.,** | ) |
| **ABC DISTRIBUTOR** | ) |
| **Defendants.** | ) |

## AMERICAN HONDA MOTOR CO., INC.'S LOCAL RULE 7.3
## CORPORATE DISCLOSURE STATEMENT

American Honda Motor Co., Inc. ("AHM") discloses that it is a wholly

owned subsidiary of Honda Motor Co., Ltd., a Japanese Company. Honda Motor

Co., Ltd. is a publicly traded company that owns 100% of AHM's stock.

**AMERICAN HONDA MOTOR CO., INC.,**

By their Attorneys,

James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on September 13, 2005, a true copy of the
above document was served upon plaintiff's counsel electronically and by via first-class
mail, postage prepaid.

Adam A. Larson

2

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Kristen Landess

**(b)** County of Residence of First Listed Plaintiff    Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

**05 CA 11847 REK**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert H. Flynn, Flynn, Flynn Law Firm, PC, 27 Mica Lane, Wellesley, MA 02481

## DEFENDANTS

American Honda Motor Co., Inc., Honda Motor Co., Ltd., Honda R&D Americas, Inc., Honda of America Manufacturing, Inc., Honda

County of Residence of First Listed Defendant    California
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)    for AHM

James M. Campbell and Adam A. Larson, Campbell Campbell Edwards & Conroy, 1 Constitution Plz, Boston, MA 02129

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 | Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332 ;   28 USC Section 1441

Brief description of cause:
Personal injury case resulting in wrongful death due to alleged negligence of dfndts.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE ___    DOCKET NUMBER ___

DATE 13
09/06/2005

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # ___    AMOUNT ___    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only) _Kristen Landess v. American Honda Motor Co., Inc., et al._

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    ☐  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    ☑  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ☐  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ☐  V.    150, 152, 153.

    **05 CA 11847 REK**

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    _N/A_

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐    NO ☑

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

    YES ☐    NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐    NO ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐    NO ☑

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☐    NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☑        Central Division ☐        Western Division ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐        Central Division ☐        Western Division ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐    NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  _Adam A. Larson, Esq._

ADDRESS  _Campbell Campbell Edwards & Conroy P.C. 1 Constitution Plz., Boston, MA 02129_

TELEPHONE NO.  _617-241-3000_

(Coversheetlocal.wpd - 10/17/02)