UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KRISTEN LANDESS, individually and as ADMINISTRATRIX of the ESTATE of CAITLIN LANDESS,<br>       Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., HONDA MOTOR CO., LTD., HONDA R & D AMERICAS, INC., HONDA OF AMERICA MANUFACTURING, INC., HONDA NORTH AMERICA, INC., ABC DISTRIBUTOR<br>       Defendants. | C.A. No. 05CA11847REK |

## AMERICAN HONDA MOTOR CO., INC.'S LOCAL RULE 81.1 CERTIFICATE OF FILING CERTIFIED COPIES OF STATE RECORDS, PROCEEDINGS, AND DOCKET ENTRIES

I, Adam A. Larson, attorney for the defendant, American Honda Motor Co., Inc., in accordance with the provisions of 28 U.S.C. § 1446, caused to be filed on behalf of American Honda Motor Co., Inc., on September 13, 2005, a Notice of Removal of this action from the Superior Court for the County of Middlesex, Commonwealth of Massachusetts.

I further certify that pursuant to Local Rule 81.1 attached hereto are certified copies of all records, proceedings and docket entries in the Superior Court for the County of Middlesex, Commonwealth of Massachusetts, in the case entitled, <u>Landess et al. v. American Honda Motor Co., Inc., et al.</u>, Civil Action No.: MICV2005-02604-F.

This certificate is signed under the pains and penalties of perjury this 21st day of September, 2005.

AMERICAN HONDA MOTOR CO., INC.,

By their Attorneys,

_____
James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on September 21, 2005, a true copy of the above document was served upon plaintiff's counsel ~~electronically and by~~ via first-class mail, postage prepaid.

_____
Adam A. Larson

## Commonwealth of Massachusetts
### SUPERIOR COURT DEPARTMENT
### THE TRIAL COURT
### CAMBRIDGE

MICV2005- 2604

I, Ann M. Cherubino, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the twenty eighth of July in the year of our Lord, Two Thousand Five

In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this fouteenth of September in the year of our Lord, Two Thousand Five

*Ann M. Cherubino*
Deputy Assistant Clerk



MAS-20041213
coleman

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

09/14/2005
03:48 PM

## MICV2005-02604
### anders, Individually & Administratrix Of The Estate Of Caitlin v American Honda Motor Co., Inc. et a

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 07/28/2005 | **Status** | Needs review for service (acneserv) | | |
| **Status Date** | 07/28/2005 | **Session** | F - Cv F (10A Cambridge) | | |
| **Origin** | 1 | **Case Type** | B08 - Wrongful death (229.002A) | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 10/26/2005 | **Answer** | 12/25/2005 | **Rule12/19/20** | 12/25/2005 |
| **Rule 15** | 10/21/2006 | **Discovery** | 09/16/2007 | **Rule 56** | 11/15/2007 |
| **Final PTC** | 03/14/2008 | **Disposition** | 07/27/2008 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Kristin Landers, Individually & Administratrix Of The
Estate Of Caitlin
Landers
Active 07/28/2005

**Private Counsel 172900**
Robert H Flynn
Flynn Law Firm
27 Mica Lane
Wellesley, MA 02481
Phone: 781-239-1005
Fax: 781-371-0002
Active 07/28/2005 Notify

**Defendant**
American Honda Motor Co., Inc.
Service pending 07/28/2005

**Defendant**
Honda Motor Co., LTD
Service pending 07/28/2005

**Defendant**
Honda R&D Americas, Inc.
Service pending 07/28/2005



MAS-20041218   **Commonwealth of Massachusetts**   09/14/2005
coleman   MIDDLESEX SUPERIOR COURT   03:45 PM
Case Summary
Civil Docket

### MICV2005-02604
### anders, Individually & Administratrix Of The Estate Of Caitlin v American Honda Motor Co., Inc. et a

**Defendant**
Honda Of America Manufacturing, Inc.
Service pending 07/28/2005

**Defendant**
Honda North America, Inc.
Service pending 07/28/2005

**Defendant**
ABC Distributor
Service pending 07/28/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/28/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 07/28/2005 |  | Origin 1, Type B08, Track A. |

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.

05-2604

KRISTIN LANDESS, individually and
as ADMINSTRATRIX of the ESTATE
of CAITLIN LANDESS,
    Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC.,
HONDA MOTOR CO., LTD.,
HONDA R & D AMERICAS, INC.,
HONDA OF AMERICA MANUFACTURING, INC.,
HONDA NORTH AMERICA, INC., and
ABC DISTRIBUTOR,
    Defendants.

FILED
IN THE OFFICE
COUNTY OF MIDDLESEX
JUL 28 2005
CLERK

## COMPLAINT AND JURY CLAIM

9224E000007/28/05SUMMONS    35.00

### PARTIES

1. Plaintiff Kristin Landess lives and resides in Hudson, Middlesex County, Massachusetts. She is the Adminstratrix of the estate of her 13-year-old daughter, Caitlin Landess, who died on September 1, 2002, and brings this action individually and on behalf of the Estate of Caitlin Landess for the benefit of Caitlin Landess' next of kin pursuant to G.L. c. 229, § 2, the Wrongful Death Statute.

2. Defendant American Honda Motor Co., Inc., a California corporation with a customary and principal place of business at 1919 Torrance Boulevard, Torrance, Los Angeles County, California, and with a registered agent for service of process located at CT Corporation Systems, 101 Federal Street, Boston, Suffolk County, Massachusetts. Defendant American Honda Motor Co., Inc., is a subsidiary of Defendant Honda Motor Co., Ltd. and is the

parent company of Defendant Honda R & D Americas, Inc., all of which designed, manufactured and distributed a red, three-wheeled 1985 Honda SX all-terrain cycle, ATV registration SM413SP, VIN JH3TE0423FM053595 (the "ATC").

3. Defendant Honda Motor Co., Ltd. is a foreign corporation with a customary and principal place of business at 2-1-1 Minami-Aoyama, Minato-ku, Tokyo, 107-8556, Japan, and it is the parent corporation of Defendants American Honda Motor Co., Inc., Honda of America Manufacturing, Inc. and Defendant Honda North America, Inc., all of which designed, manufactured and distributed the ATC.

4. Defendant Honda R & D Americas, Inc. is a California corporation with a customary and principal place of business at 1900 Harpers Way, Torrance, Los Angeles County, California, and with a registered agent for service of process located at CT Corporation Systems, 101 Federal Street, Boston, Suffolk County, Massachusetts. Honda R & D Americas, Inc. is a subsidiary of Defendant American Honda Motor Co, Inc., all of which designed, manufactured and distributed the ATC.

5. Defendant Honda of America Manufacturing, Inc. is an Ohio corporation with a customary principal place of business at 2400 Honda Parkway, Marysville, Union County, Ohio, and it is a subsidiary of Defendant Honda Motor Co., Ltd., both of which designed, manufactured and distributed the ATC.

6. Defendant Honda North America, Inc. is a California corporation with a customary and principal place of business at 700 Van Ness Avenue, Torrance, Los Angeles County, California. Defendant Honda North America, Inc. is a subsidiary of Defendant Honda Motor Co., Ltd. both of which designed, manufactured and distributed the ATC.

7. Defendant ABC Distributor is the merchant or merchants who distributed and sold the ATC and/or its tires.

### FACTUAL ALLEGATIONS

8. On or about September 1, 2002, Joshua Bennett, of 106 Populatic Road, Franklin, Norfolk County, Massachusetts, was operating the aforementioned ATC near his residence, and thirteen year-old Caitlin Landess was a passenger at that time on the aforementioned ATC.

9. During Joshua Bennett's operation of the ATC, Caitlin Landess' left leg became caught in the ATC's rear left tire, which caused her to be thrown from the ATC.

10. As a result, Caitlin Landess suffered fatal injuries.

11. The ATC was designed such that Caitlin Landess had no place to put her legs safely during the operation of the ATC, which caused her left leg to be caught by the ATC's rear left tire, which caused her to be pulled off the ATC.

3

## COUNT I
## (NEGLIGENCE)
### Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd., Honda R & D Americas, Inc., Honda of America Manufacturing, Inc., and Honda North America, Inc.

12. Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 11 hereof.

13. Defendants were negligent and careless with regard to their design, manufacture, sale, distribution and marketing of the ATC to the public and, in particular, to Caitlin Landess, Joshua Bennett and his family.

14. As a result of said negligence and carelessness, Caitlin Landess was thrown from the ATC and was caused to suffer a catastrophic and fatal brain injury, physical and emotional pain, conscious pain and suffering and her death.

15. This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services, care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

## COUNT II
## (BREACH OF WARRANTY)
### Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd., Honda R & D Americas, Inc., Honda of America Manufacturing, Inc., and Honda North America, Inc.

16. Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 15 hereof.

17. Defendants breached their express and implied warranties of fitness for a particular purpose, merchantability and safety as described above and caused Caitlin Landess to suffer a catastrophic and fatal brain injury, physical and emotional pain and her death.

18. This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services, care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

### COUNT III
### (PUNITIVE DAMAGES)
**Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd., Honda R & D Americas, Inc., Honda of America Manufacturing, Inc., and Honda North America, Inc.**

19. Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 18 hereof.

20. Defendants acted and conducted themselves in regard to these matters with gross negligence and/or did so willfully, wantonly and recklessly in disregard of their duty to Caitlin Landess.

21. As a result, Caitlin Landess suffered greatly within the meaning of the Wrongful Death Statute and Plaintiffs are entitled to actual, consequential and also punitive damages from Defendants.

## COUNT IV
## (LOSS OF CONSORTIUM)
**Against Defendants American Honda Co., Inc., Honda Motor Co., Ltd., Honda R & D Americas, Inc., Honda of America Manufacturing, Inc., and Honda North America, Inc.**

22.     Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 21 hereof.

23.     This count seeks damages for Plaintiff Kristin Landess, Individually, for her loss of consortium of her minor, dependent child, Caitlin Landess, pursuant to G.L. c. 231, § 85X.

## COUNT V
## (NEGLIGENCE)
**Against Defendant ABC Distributor**

24.     Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 23 hereof.

25.     Defendant was negligent and careless with regard to its distribution and sale of the ATC and/or its tires to the public and, in particular, to Caitlin Landess.

26.     As a result of said negligence and carelessness, Caitlin Landess was thrown from the ATC and was caused to suffer a catastrophic and fatal brain injury, physical and emotional pain, conscious pain and suffering and her death.

27.     This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services,

care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

### COUNT VI
### (BREACH OF WARRANTY)
### Against Defendant ABC Distributor

28. Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 27 hereof.

29. Defendant breached its express and implied warranties of fitness for a particular purpose, merchantability and safety as described above and caused Caitlin Landess to suffer a catastrophic and fatal brain injury, physical and emotional pain, conscious pain and suffering and her death.

30. This count seeks damages pursuant to the Massachusetts Wrongful Death Statute, G.L. c. 229, §§ 1 and 2 for the fair monetary value of the decedent to the persons entitled to receive damages recovered, including but not limited to compensation for loss of reasonably expected net income, services, care, comfort, affections, love, guidance, protection, assistance, society, companionship, guidance, counsel and advice.

### COUNT VII
### (PUNITIVE DAMAGES)
### Against Defendant ABC Distributor

31. Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 30 hereof.

32. Defendant acted and conducted itself in regard to these matters with gross negligence and/or did so willfully, wantonly and recklessly in disregard of their duty to Caitlin Landess.

33. As a result, Caitlin Landess suffered greatly within the meaning of the Wrongful Death Statute and Plaintiffs are entitled to actual, consequential and also punitive damages from Defendant.

## COUNT VIII
### (LOSS OF CONSORTIUM)
### Against Defendant ABC Distributor

34. Plaintiffs restate, reiterate and re-allege each and every statement contained in paragraphs 1 through 33 hereof.

35. This count seeks damages for Plaintiff Kristin Landess, Individually, for her loss of consortium of her minor, dependent child, Caitlin Landess, pursuant to G.L. c. 231, § 85X.

WHEREFORE, Plaintiffs demand judgment against Defendants for all such amounts as to which the court deems Plaintiffs entitled, including actual and consequential damages, punitive damages and attorneys' fees, together with interest and costs.

### JURY CLAIM

Plaintiffs demand a trial by jury with regard to this matter.

Respectfully submitted,
Kristin Landess, Individually and
as Administratrix of the
Estate of Caitlin Landess
By her attorney,

Robert H. Flynn (BBO #172900)
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA 02481
(781) 239-1005

Dated: July 15, 2005
Q:\EstateLandess0.2214\Pleadings\cmplt honda rev.doc

8

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, ss. | SUPERIOR COURT |
| DEPARTMENT OF THE TRIAL COURT | C.A. NO. 05-2604 |

KRISTEN LANDESS, individually and )
as ADMINISTRATRIX of the ESTATE )
of CAITLIN LANDESS, )
    Plaintiff )
)
v. )
)
AMERICAN HONDA MOTOR CO., )
    INC., )
HONDA MOTOR CO., LTD., )
HONDA R & D AMERICAS, INC., )
HONDA OF AMERICA )
    MANUFACTURING, INC., )
HONDA NORTH AMERICA, INC., )
ABC DISTRIBUTOR )
    Defendants. )

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
SEP 14 2005

## NOTICE OF REMOVAL

TO:   Middlesex County Superior Court         Robert H. Flynn, Esq.
       Civil Clerk's Office                               Flynn Law Firm, P.C.
       40 Thorndike Street                           27 Mica Lane
       Cambridge, MA 02141                         Wellesley, MA 02481

PLEASE TAKE NOTICE, that the defendant, American Honda Motor Co., Inc. a California corporation with its principal place of business in California, has this day filed a Notice of Removal pursuant to 28 U.S.C. § 1332, containing a statement of facts which entitles them to remove the case to the United States District Court for the District of Massachusetts, together with a copy of all the pleadings in their possession.

AMERICAN HONDA MOTOR CO., INC.,

By their Attorneys,

James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

**CERTIFICATE OF SERVICE**

I, Adam A. Larson, hereby certify that on September 15, 2005, a true copy of the above document was served upon plaintiff's counsel by First Class Mail.

Adam A. Larson