UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KRISTIN LANDESS, individually and
as ADMINISTRATRIX of the ESTATE
of CAITLIN LANDESS,
    Plaintiffs,

v.

Civil Action No. 1:05-CV-11847-REK

AMERICAN HONDA MOTOR CO., INC.,
    Defendant.

**PLAINTIFF'S ALTERNATIVE DISPUTE RESOLUTION CERTIFICATION**

Pursuant to Local Rule 16.1(d), Plaintiff Kristin Landess, Individually and as Administratrix of the Estate of Caitlin Landess, and her counsel Robert H. Flynn hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and alternatives to the above-captioned litigation and have considered the possibilities of resolving the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Plaintiff,

_____
Kristin A. Landess, Individually
and as Administratrix of the
Estate of Caitlin Landess

Respectfully submitted,
Counsel for Plaintiff,

_____
Robert H. Flynn (BBO #172900)
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA 02481
(781) 239-1005

Dated: January 11, 2006
Q:\Indess, Estate 0.2214\Pleading\adr certification.doc