UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KRISTIN LANDESS, INDIVIDUALLY
and as ADMINSTRATRIX of the ESTATE
of CAITLIN LANDESS,
    Plaintiff,
v.

Civil Action No. 1:05-CV-11847-REK

AMERICAN HONDA MOTOR CO., INC.,
HONDA MOTOR CO., LTD.,
HONDA R & D AMERICAS, INC.,
HONDA OF AMERICA MANUFACTURING, INC.,
HONDA NORTH AMERICA, INC., and
ABC DISTRIBUTOR,
    Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), all parties appearing in the above-captioned action hereby stipulate that the defendants Honda Motor Co., Ltd., Honda R & D Americas, Inc., Honda of America Manufacturing, Inc. and Honda North America, Inc. be dismissed from the said action without prejudice and without costs, and that the defendant American Honda Motor Co., Inc. shall accept liability if found in this matter on behalf of its dismissed co-defendants.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff, Kristin Landess,<br>Individually and as Administratrix<br>of the Estate of Caitlin Landess,<br>by her attorney,<br><br>_____<br>Robert H. Flynn (BBO #172900)<br>Flynn Law Firm, P.C.<br>27 Mica Lane<br>Wellesley, MA 02481<br>(781) 239-1005 | Respectfully submitted,<br>Defendant,<br>American Honda Motor Co., Inc.,<br>by its attorneys,<br><br>_____<br>James M. Campbell (BBO #541882)<br>Adam A. Larson (BBO #632634)<br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

Dated: January 19, 2006

Q:\EstateLandess0.2214\Pleadings\stip dismissal no prejudice.doc