UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTEN LANDESS, individually and as ADMINISTRATRIX of the ESTATE of CAITLIN LANDESS,<br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., HONDA MOTOR CO., LTD., HONDA R & D AMERICAS, INC., HONDA OF AMERICA MANUFACTURING, INC., HONDA NORTH AMERICA, INC., ABC DISTRIBUTOR<br>　　　　Defendants. | C.A. No. 05CA11847REK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs against all defendants including ABC Distributor. All rights of appeal are waived.

Respectfully submitted,
Kristin Landess as Administratrix of
the Estate of Caitlin Landess
By her attorney,

_____
Robert H. Flynn (BBO # 172900)
Flynn Law Firm, PC
27 Mica Lane
Wellesley, MA 02481
(781) 239-1005

Respectfully submitted,
Defendants, American Honda Motor Co., Inc.,
Honda Motor Co. LTD, Honda R& D
Americas, Inc., Honda of America
Manufacturing Inc., Honda North America, Inc.
By their attorneys,

_____
James M. Campbell (BBO #541882)
Adam A. Larson (BBO #632634)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Dated: March 7, 2006